NUMBER 13-03-471-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG







IN THE MATTER OF A TRANSFER OF 

STRUCTURED SETTLEMENT PAYMENT 

RIGHTS BY MARY MICHELE SEYMOUR-

GIESALHART A/K/A MARY MICHELE SEYMOUR
, Appellant,


v.



AMERICAN GENERAL ANNUITY INSURANCE 

COMPANY AND UNITED STATES OF AMERICA, Appellees.





On appeal from the 23rd District Court


of Wharton County, Texas.






MEMORANDUM OPINION


 

Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam


 Appellant, SETTLEMENT CAPITAL CORPORATION, perfected an appeal from
a judgment entered by the 23rd District Court of Wharton County, Texas, in cause
number 37641. After the record was filed, appellant filed a motion to dismiss the
appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 26th day of November, 2003.